10/22/2015 TDCJ Offender Details



# Offender Information Details

*handwritten: 10-22-15 Printed*

*handwritten: waited a few days & still address says Byrd unit*

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 03859462 |
| **TDCJ Number:** | 01701202 |
| **Name:** | DITTMAN,JERRELL GLENN |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1968-08-05 |
| **Maximum Sentence Date:** | 2045-01-17 |
| **Current Facility:** | BYRD |
| **Projected Release Date:** | 2045-01-17 |
| **Parole Eligibility Date:** | 2027-07-19 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense | Sentence | Sentence (YY-MM- |
|---|---|---|

10-15-15

81,594-03

TO: COURT CLERK      CCA NO: <u>WR-81,594-03</u>

    ABEL ACOSTA      TRIAL COURT CASE NO: W10-00566-V(B)

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk

RE: CHANGE OF ADDRESS

     DEAR SIR: ON SEPT 21, ~~Abel Acosta, Clerk~~ IN FOR A CHANGE OF ADDRESS FROM 21 FM 247 HUNTSVILLE TX TO P.O. BOX 660334 DALLAS, TX 75266. SINCE THEN DALLAS COUNTY TRANSFERED ME BACK TO TDCJ-I AM NOW AT 1385 FM 3328 PALESTINE, TX 75803. AND WAITING TO BE TRANSFERED AGIN. BUT UNTIL THEN I GUESS I WOULD NEED TO GO AHEAD AND CHANGE MY MAILING ADDRESS TO THAT. 1385 FM 3328 PALESTINE, TX 75803 UNTIL FURTHER NOTICE.

        THANK YOU
        Jerrell Dittman
        #1701202